# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | ALLSTAR FIRE EQUIPMENT |
| Defendant 4 | AMEREX CORPORATION |
| Defendant 5 | ARCHROMA U.S., INC. |
| Defendant 6 | ARKEMA INC. |
| Defendant 7 | BASF CORPORATION |
| Defendant 8 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 9 | CARRIER GLOBAL CORPORATION |
| Defendant 10 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 11 | CHEMGUARD, INC. |
| Defendant 12 | CHEMICALS, INC. |
| Defendant 13 | CHUBB FIRE, LTD. |
| Defendant 14 | CLARIANT CORPORATION |
| Defendant 15 | CORTEVA, INC. |
| Defendant 16 | DAIKIN AMERICA, INC. |
| Defendant 17 | DEEPWATER CHEMICALS, INC.; DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 18 | DYNAX CORPORATION |
| Defendant 19 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 20 | FIRE-DEX, LLC |
| Defendant 21 | FIRE SERVICE PLUS, INC. |
| Defendant 22 | GLOBE MANUFACTURING COMPANY LLC |
| Defendant 23 | HONEYWELL SAFETY PRODUCTS USA, INC. |

| | |
|---|---|
| Defendant 24 | KIDDE P.L.C. |
| Defendant 25 | LION GROUP, INC. |
| Defendant 26 | MALLORY SAFETY AND SUPPLY LLC |
| Defendant 27 | MINE SAFETY APPLIANCES CO., INC. |
| Defendant 28 | MUNICIPAL EMERGENCY SERVICES, INC. |
| Defendant 29 | NATION FORD CHEMICAL COMPANY |
| Defendant 30 | NATIONAL FOAM, INC. |
| Defendant 31 | PBI PERFORMANCE PRODUCTS, INC. |
| Defendant 32 | PERIMETER SOLUTIONS |
| Defendant 33 | SOUTHERN MILLS, INC. |
| Defendant 34 | STEDFAST USA, INC. |
| Defendant 35 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 36 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 37 | TYCO FIRE PRODUCTS L.P. |
| Defendant 38 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 39 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 40 | W.L. GORE & ASSOCIATES INC. |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction based on:

    ☐    Diversity

    X    Federal Question

    ☐    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐    Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

### Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I -  Defective Design
   Count II -  Failure to Warn
   Count III -  Negligence
   Count IV -  Negligence Per Se
   Count V -  Trespass and Battery
   Count VI - Strict Product Liability
   Count VII -  Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability

Count VIII - Concealment, Misrepresentation, and Fraud
Count IX - Conspiracy
Count X - Wrongful Death
Count XI - Loss of Consortium

<u>Other Causes of Action:</u>
Count XII- <u>Breach of Express and Implied Warranties</u>
Count XIII - <u>Gross Negligence</u>
CountXIV- _____
CountXV - _____
Count XVI- _____
Count XVII- _____
Count XVIII - _____
Count XIX- _____
CountXX- _____
Others

_____
_____
_____

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 2, 2025

Respectfully Submitted,

*/s/ Paul P. Burghardt*
Paul P. Burghardt
Outreach Legal, LLC
2 North Central Ave., Ste 1800 #4501
Phoenix, AZ 85004
(801) 413-9943
***Attorneys for Plaintiffs***

**Exhibit A to Short Form Complaint** *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873

|    | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies | Causes of Action |
|----|------|-----|--------------------|------------|-------------------------|----------------------------------------|--------------------------|---------------------|------------------|
| 1. | Ankeny, Anthony | 6/11/1983 | SC | Middle District of Georgia | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 2. | Barnett, Michael | 9/22/1954 | TX | New Mexico | Yes | Yes | Yes | Thyroid Cancer | I-IX; XII-XIII |
| 3. | Bigelow, Benjamen | 10/10/1977 | CO | Southern District of California | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 4. | Black, Scott | 12/23/1974 | FL | Middle District of Florida | Yes | No | Yes | Thyroid Disease | I-IX; XII-XIII |
| 5. | Boles, Michael | 2/13/1969 | CA | Northern District of California | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 6. | Bradford, Kai-lynn | 4/20/1970 | MI | Middle District of Florida | Yes | Yes | Yes | Thyroid Cancer | I-IX; XII-XIII |
| 7. | Branum, Michael | 1/3/1961 | TX | Northern District of Illinois | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 8. | Brown, Eugene | 2/16/1964 | MO | Eastern District of Missouri | Yes | Yes | Yes | Thyroid Cancer | I-IX; XII-XIII |
| 9. | Burek, Thomas | 7/17/1956 | IN | Northern District of Illinois | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 10. | Callahan, Michael | 6/6/1958 | VA | New Jersey | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 11. | Chapman, Glenn | 7/3/1956 | WA | Southern District of California | Yes | Yes | Yes | Ulcerative Colitis | I-IX; XII-XIII |
| 12. | Cloninger, Steven | 6/16/1973 | KY | Northern District of Florida | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 13. | Cooper, Robert | 10/23/1971 | TX | Middle District of Florida | Yes | Yes | Yes | Testicular Cancer | I-IX; XII-XIII |
| 14. | Deska, Dwayne | 12/12/1961 | PA | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 15. | Diaz, Randy | 9/25/1988 | CA | Southern District of California | Yes | Yes | Yes | Ulcerative Colitis | I-IX; XII-XIII |
| 16. | Edwards, David | 11/24/1958 | OR | Oregon | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 17. | Fedrich, Joseph | 10/12/1954 | FL | Middle District of Florida | Yes | Yes | Yes | Thyroid Cancer; Thyroid Disease | I-IX; XII-XIII |

| | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 18. | Fox, Wayne | 8/20/1963 | FL | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 19. | Fullwood, Charles | 8/9/1971 | GA | Southern District of California | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 20. | Garcia, Robert | 4/26/1957 | FL | Middle District of Florida | Yes | Yes | Yes | Thyroid Cancer | I-IX; XII-XIII |
| 21. | Greggs, Edward | 8/2/1955 | FL | Middle District of Florida | Yes | Yes | Yes | Thyroid Cancer | I-IX; XII-XIII |
| 22. | Irby, Kenneth | 7/5/1970 | TX | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | I-IX; XII-XIII |
| 23. | Jewell, Ryan | 6/17/1974 | KS | Montana | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 24. | John Turner, Brandon | 7/27/1980 | NV | Southern District of California | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 25. | Jumawan, Joselito | 9/2/1963 | VA | Northern District of Illinois | Yes | Yes | Yes | Liver Cancer | I-IX; XII-XIII |
| 26. | Kidwell, Collin | 1/15/1936 | TX | Eastern District of California | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 27. | Legarda, Nolberto | 6/4/1965 | CA | Northern District of California | Yes | Yes | Yes | Testicular Cancer | I-IX; XII-XIII |
| 28. | McDermott, Martin | 12/18/1967 | FL | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 29. | Medrado, Arealya | 1/24/1977 | ID | Southern District of California | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 30. | Meek, John Henry | 12/6/1962 | TN | Southern District of California | Yes | Yes | Yes | Ulcerative Colitis; Thyroid Disease | I-IX; XII-XIII |
| 31. | Merritt, Richard | 12/13/1960 | GA | Middle District of Georgia | Yes | Yes | Yes | Ulcerative Colitis | I-IX; XII-XIII |
| 32. | Oliver, Richard | 3/12/1952 | CA | Eastern District of California | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 33. | Palafox, Sergio | 3/1/1971 | TX | New Mexico | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 34. | Porterfield, Todd | 2/16/1968 | MO | Northern District of Illinois | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 35. | Reese, Terry | 1/1/1973 | GA | Northern District of Georgia | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |

| | Name | DOB | State of Residence | Home Venue | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies | Causes of Action |
|---|---|---|---|---|---|---|---|---|---|
| 36. | Rinehart, Shannon | 6/11/1968 | NC | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 37. | Rodgers, Rickey | 9/11/1951 | AR | Cenral District of California | Yes | Yes | yes | Thyroid Disease | I-IX; XII-XIII |
| 38. | Saenz, Steven | 4/24/1965 | CA | Northern District of California | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 39. | Sanderson, John | 9/28/1955 | NC | Northern District of Florida | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 40. | Santiago-Moreno, Julio | 11/24/1957 | TX | Middle District of Florida | Yes | Yes | Yes | Thyroid Cancer | I-IX; XII-XIII |
| 41. | Savage, John | 7/14/1985 | TX | Eastern District of Texas | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 42. | Scott, Daniel | 9/24/1958 | FL | Central District of California | Yes | Yes | Yes | Kidney Cancer | I-IX; XII-XIII |
| 43. | Sherman, William | 11/13/1956 | FL | Middle District of Florida | Yes | Yes | Yes | Kidney Cancer | I-IX; XII-XIII |
| 44. | Simmons, James | 6/10/1957 | GA | Western District of Washington | Yes | Yes | Yes | Thyroid Cancer; Thyroid Disease | I-IX; XII-XIII |
| 45. | Smith, Boyd | 8/18/1965 | LA | New Jersey | Yes | Yes | Yes | Thyroid Cancer | I-IX; XII-XIII |
| 46. | Sunio, Rudy | 4/6/1955 | AZ | Arizona | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 47. | Tolliver, Lamarr | 2/20/1990 | FL | Middle District of Florida | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |
| 48. | Whitelaw, Ronald | 6/26/1949 | VA | Northern District of Illinois | Yes | Yes | Yes | Testicular Cancer | I-IX; XII-XIII |
| 49. | Young, Michael | 7/30/1951 | AR | Eastern District of Arkansas | Yes | Yes | Yes | Thyroid Disease | I-IX; XII-XIII |